

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mansion Partners, Ltd. v. Harris County Appraisal District

Appellate case number:   01-20-00565-CV

Trial court case number: 2018-68491

Trial court:             215th District Court of Harris County

      The motion for rehearing filed by appellant, Mansion Partners, Ltd., is **denied**.


      It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                □ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Hightower, and Farris.


Date: ___March 10, 2022_____